IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


CAROL APPLEBEE WILHELM,                3:10-CV-1455-BR

       Plaintiff,

                              JUDGMENT

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

       Defendant.


Based on the Court's Opinion and Order (#16) issued February 28, 2012, the Court **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 28th day of February, 2012.

                                    */s/ Anna J. Brown*
                                  ANNA J. BROWN
                                  United States District Judge


1  -  JUDGMENT