IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


| | |
|---|---|
| CAROL APPLEBEE WILHELM, | 3:10-CV-1455-BR |
| Plaintiff, | |
| v. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security, | |
| Defendant. | |

Based on the Court's Opinion and Order (#16) issued February 28, 2012, the Court **DISMISSES** this matter **with prejudice.**

IT IS SO ORDERED.

DATED this 28th day of February, 2012.

*/s/ Anna J. Brown*
ANNA J. BROWN
United States District Judge

1 - JUDGMENT